# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>VALERIE I. CARLSEN,<br><br>                       Debtor. | Chapter 13<br><br>Case No. 18-20108 |

## MOTION FOR EXTENSION OF TIME OR IN THE ALTERNATIVE, TO STAY THE ENTRY OF ORDER OF DISMISSAL

The Town of East Windsor (the "Town"), a party in interest and Creditor, by and through its undersigned attorneys herein, hereby requests an extension of time or, in the alternative, a stay of entry of an order of dismissal due to Debtor's failure to cure deficiency as outlined in the Court's Notice dated January 29, 2018 [Dkt. No. 4]. In support of this Motion the Town respectfully represents as follows:

## BACKGROUND

1.     On January 26, 2018, (the "Petition Date"), the Debtor, Valerie I. Carlsen (the "Debtor"), filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code (the "Petition").

2.     The Petition was filed one day before the date scheduled for the foreclosure sale of the Debtor's principal residence known as 45 Winton Road, East Windsor, Connecticut (the "Property"), more properly described on Schedule A.

3.     On or about August 1, 2012, the Town commenced an action to foreclose tax liens for unpaid real estate taxes assessed against the Property, which is pending in the Superior Court, Judicial District of Hartford entitled *Town of East Windsor v. Carlsen*, bearing docket number HHD-CV-12-6034178-S (the "Foreclosure Action").

4.      On March 8, 2013, the Town filed a motion for judgment of foreclosure by sale.

5.      A few weeks later, on March 27, 2013, the Debtor filed a bankruptcy petition for relief under Chapter 13 of the Bankruptcy Code, bearing docket no. 13-20561 (the "First Bankruptcy").

6.      On January 31, 2015, the Bankruptcy Court dismissed the First Bankruptcy due to the Debtor's failure to make post-confirmation plan payments.

7.      On March 16, 2015, the Town moved for judgment of foreclosure by sale in the Foreclosure.

8.      On March 30, 2015, the Foreclosure Court granted the motion and scheduled a foreclosure by sale for July 11, 2015.

9.      On June 12, 2015, the Debtor filed a bankruptcy petition for relief under Chapter 13 of the Bankruptcy Code, bearing docket no. 15-21037 (the "Second Bankruptcy").

10.     On September 26, 2016, more than fifteen months into the Second Bankruptcy, the Chapter 13 Trustee moved to dismiss the case for failure to make plan payments, that the case was not feasible, and for delay/failure to confirm a plan.

11.     On November 23, 2016, the Bankruptcy Court dismissed the Second Bankruptcy without prejudice.

12.     The Town subsequently amended the Foreclosure Complaint to include additional tax years (now ranging from the Grand List of 2007 to the Grand List of 2015).

13.     On June 16, 2017, the Town again moved for judgment of foreclosure by

sale in the Foreclosure.

14. On July 10, 2017, as amended on August 14, 2017, the Foreclosure Court granted the motion and schedule a foreclosure by sale for September 30, 2017. As of the date of the judgment, the Foreclosure Court set the debt at $57,660.65, awarded $225.00 for title search fees, $1,050.00 in appraisal fees, and $12,615.61 in attorney's fees.

15. On September 29, 2017, once again on the eve of a foreclosure sale, the Debtor filed a bankruptcy petition for relief under Chapter 13 of the Bankruptcy Code, bearing docket no. 17-21485 (the "Third Bankruptcy").

16. When the Debtor filed her Petition in the Third Bankruptcy, she failed to include any schedules, her statement of financial affairs, her credit counseling certificate, a chapter 13 plan or her chapter 13 statement of current monthly income. *See* Deficiency Notice, Dkt. No. 5.

17. On October 5, 2017, the Town filed a Motion for Relief from Stay seeking in rem relief pursuant to 11 U.S.C. § 362(d)(4). The Town filed an Amended Motion for Relief from Stay on October 10, 2017, with responses due on or before October 24, 2017.

18. Before the Court could act on the Town's Motion for Relief from Stay, the Court dismissed the Third Bankruptcy without prejudice on October 16, 2017 due to Debtor's failure to timely cure any and/or all deficiencies in a Deficiency Noticed dated October 2, 2017.

19. On October 19, 2017, the Town moved to re-set the sale date. On November 6, 2017, the State Court entered an order scheduling the sale date for

January 27, 2018.

20. On January 26, 2018, once again on the eve of a foreclosure sale, the Debtor filed a bankruptcy petition for relief under Chapter 13 of the Bankruptcy Code, bearing Case No. 18-20108 (the "Fourth Bankruptcy").

21. The Town filed a Motion for Relief from the Automatic Stay with *In Rem* Relief in this case on January 29, 2018 (Dkt. No. 6).

22. On that same day, the Court issued a Deficiency Notice and Notice of Dismissal of Case for Failure to Cure Deficiency (Dkt. No. 4).

## **RELIEF REQUESTED**

The Town seeks to extend the date on which the dismissal would enter for failure to cure deficiency so that the Town can prosecute it's Relief from the Automatic Stay with *In Rem* Relief. In the alternative, the Town seeks to stay the entry of the order of dismissal until after the hearing on the Town's Motion for Relief from the Automatic Stay with *In Rem* Relief. The Debtor has filed four bankruptcies to delay the foreclosure process and the Town needs the *In Rem* relief in order to prosecute the foreclosure to conclusion. During the Third Bankruptcy, the Court dismissed the bankruptcy case without prejudice while the Town's Motion for Relief from the Automatic Stay with *In Rem* Relief was pending.

**WHEREFORE**, the Town respectfully requests the entry of an Order as annexed hereby providing an extension of time for dismissal of the case, or a stay of entry of the order of dismsal, to allow the Town to prosecute its Relief from the Automatic Stay with *In Rem* Relief and for such other and further relief as the Court deems just and proper.

Dated at Hartford, Connecticut this 1st day of February, 2018.

By: /s/Jonathan A. Kaplan
Jonathan A. Kaplan (ct27126)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Telephone 860.424.4300
Email jkaplan@pullcom.com
Attorneys for the Town of East Windsor