# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| In re:<br><br>VALERIE I. CARLSEN,<br><br>               Debtor | x<br>:<br>:<br>:<br>:<br>:<br>X | Chapter 13<br><br>Case No. 18-20108 (JJT)<br><br>Re: ECF No. 6 |
| TOWN OF EAST WINDSOR<br><br>               Movant<br><br>v.<br><br>VALERIE I CARLSEN<br><br>               Respondent. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | |

## AMENDED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY WITH IN REM RELIEF

Upon The Motion for Relief from the Automatic Stay with In Rem Relief (the "Motion") filed by The Town of East Windsor (the "Movant") having come before the Court, after due notice and consideration by the Court; it is hereby

**ORDERED** that the Motion is **GRANTED** – the automatic stay of 11 U.S.C. § 362(a) is modified *In rem* from the automatic stay with regard to the 45 Winton Road, East Windsor, Connecticut (the "Property"), more particularly described in Schedule A hereto, in the event the Debtor or anyone else files a future case under any chapter of the Bankruptcy Code and pursuant to section § 362(d)(4) to permit the Movant, and/or

its successors and assigns, to commence, continue and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any, with respect to the Property in accordance with applicable state law; and it is further

**ORDERED**, that, if this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other case under this title purporting to affect such real property filed not later than 2 years after the date of the entry of such order by the court, except that a debtor in a subsequent case under this title may move for relief from such order based upon changed circumstances or for good cause shown, after notice and a hearing. Any Federal, State, or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of an order described in this subsection for indexing and recording

**ORDERED** that the 14-day stay of by Fed. R. Bankr. P. 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this Order.

Dated at Hartford, Connecticut this 13th day of February, 2018.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

*Amended to Correct Typo in Debtor's Address*

SCHEDULE A

a certain piece or parcel of land with the buildings thereon standing situated on the northerly side of Winton Road in the Town of East Windsor, County of Hartford and State of Connecticut, and known as Lot No. 21 as shown on Sheet 1 of 2 of a map entitled, "Revised Subdivision Plan Winton Park Property of Murray Winton East Windsor Conn. Megson & Hyyppa Civil Engineers Glastonbury Conn. Scale 1"=40' Date 9-9-60 Map No. 5-60-1B Revised 12-16-60 Lots 21, 36, 37, 40 & 41", which map is onfile in the Town Clerk's Office in said Town of East Windsor, to which map reference is hereby made, said premises being more particularly bounded and described as follows:

North by land now or formerly of Joseph M. Krochalis, forty-six and thirty-nine one-hundredths (46.39) feet;

Northeast by land now or formerly of Joseph M. Krochalis, two hundred sixty-eight and thirty-three one-hundredths (268.33) feet;

Southerly by land now or formerly of Murray Winton, forty-four and twenty-five one-hundredths (44.25) feet;

Southwesterly and southerly by Winton Road, one hundred eighty-two and nineteen one-hundredths (182.19) feet; and

Westerly by Lot No. 20 as shown on said map, one hundred seventy-four and fifty-two one-hundredths (174.52) feet.

Said premises are subject to protective covenants and easements as of record more fully appear.

a certain piece or parcel of land situated northerly of Lot No. 21 as shown on a map entitled "Revised Subdivision Plan Winton Park property of Murray Winton East Windsor, Conn. Sheet 1 of 2 Megson & Hyyppa, Civil Engineers Glastonbury, Conn. Scale 1" = 40' Date 9-9-60 Map - 5-60-1B" which map is on file in the Town Clerk's Office in said Town of East Windsor, to which map reference is hereby made, said premises being more particularly bounded and described as follows:

SOUTHERLY by other land of the Grantees herein, Lot No. 21 as shown on said map;

EASTERLY by other land now or formerly of the Grantor herein, Two hundred sixty-five (265) feet, more or less;

NORTHERLY by the center line of Namerick Brook;

WESTERLY by other land now or formerly of the Grantor herein, Two hundred thirty (230) feet, more or less.

The east line of said premises commences at a point which is the southeast corner of Lot No. 21 as shown on the map above referred to, and extends North 9°-33'-20" West in a straight line to the center line of Namerick Brook, and the west line of said premises is an extension northerly in a straight line of the west line of said Lot No. 21 above referred to, to the center line of said Namerick Brook.

The Grantor herein reserves the right to lay water pipe from the Connecticut River across the rear of the premises herein conveyed to other land of the Grantor herein.

Said premises are also subject to drainage rights more particularly described in a deed from Green Acres Incorporated to the Grantor herein which deed is dated March 28, 1963 and recorded in the East Windsor Land Records in Volume 83 at Page 232.